JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

RAYMUNDO GARCIA VASQUEZ,

          Petitioner,

      v.

SCOTT FRAUENHEIM, Warden,

          Respondent.

) Case No. CV 18-419-SVW (SP)
)
)
)
)
) **JUDGMENT**
)
)
)
)
)
)
)

Pursuant to the Memorandum and Order Denying Extension Motion and Summarily Dismissing Action,

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

Dated: January 25, 2018

_____
HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE